UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN THE MATTER OF:**
Clarence Edward Hayes, and
Carole Michelle Hayes
               Debtors.
_____/

Bankruptcy Case No. 14-44454
Honorable Phillip J. Shefferly
Chapter 7

## EX-PARTE APPLICATION FOR AUTHORITY OF TRUSTEE TO EMPLOY REAL ESTATE BROKER

**NOW COMES** Karen E. Evangelista, Chapter 7 Trustee, by and through her counsel, Stevenson & Bullock, P.L.C., who hereby submits this Application for Authority of Trustee to Employ Real Estate Broker based upon the following:

1. Karen E. Evangelista is the duly qualified and acting Trustee in this Chapter 7 case.

2. The Trustee may pursue sale of the real property commonly known as 22431 Marine Avenue, Eastpointe, Michigan 48021 (hereinafter referred to as the "Real Property").

3. It is necessary that the Real Property be sold in the administration of this proceeding.

4. The Trustee seeks to employ Edward T. Harris of First R.E., LLC, (hereinafter referred to as "Real Estate Broker") for the purpose of selling the Real Property.

5. The above-mentioned Real Estate Broker has extensive experience selling property and for which his services are sought.

6. Real Estate Broker shall sell the property for a sales commission of seven (7%) percent of the sales price.

7. To the best of the Trustee's knowledge, Real Estate Broker has no connection with the Debtor, creditors of the Debtor, or any other party in interest, their respective attorneys

or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than as set forth on the Verified Statement attached to this Application.

8. An Affidavit of Disinterestedness for the proposed Real Estate Broker is submitted herewith as required by FED.R.BANK.P. 2014.

**WHEREFORE**, the Trustee requests this Court to enter an Order granting this Application.

Respectfully submitted,

/s/ Karen E. Evangelista (P36144)
Chapter 7 Trustee
439 S. Main Street, Ste. 250
Rochester, MI 48307
(248)276-2533
kee1008@sbcglobal.net

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Trustee
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: April 30, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**
Clarence Edward Hayes, and           Bankruptcy Case No. 14-44454
Carole Michelle Hayes                Honorable Phillip J. Shefferly
                Debtors.           Chapter 7
_____/

## ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE BROKER

The Chapter 7 Trustee Karen E. Evangelista has submitted an Application for Authority of Trustee to Employ Real Estate Broker; an Affidavit of Disinterestedness for the proposed Real Estate Broker was submitted therewith. The Court has read the Application and has decided to grant the Trustee's request.

**IT IS HEREBY ORDERED:**

1. The Trustee's Application is granted.

2. The Trustee may employ Edward T. Harris of First R.E., LLC to sell the real property commonly known as 22431 Marine Avenue, Eastpointe, Michigan 48021 (the "Real Property").

3. Edward T. Harris and any other member of First R.E., LLC is authorized to review the Real Property, including the ability to take photographs and/or video of the Real Property.

4. Compensation and reimbursement for costs to the Real Estate Broker is subject to approval by this Court.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN THE MATTER OF:**
Clarence Edward Hayes, andBankruptcy Case No. 14-44454
Carole Michelle HayesHonorable Phillip J. Shefferly
Debtors.Chapter 7
_____/

## AFFIDAVIT

STATE OF MICHIGAN)
)SS
COUNTY OF OAKLAND)

Edward T. Harris being first duly sworn says that he is a real estate broker with First R.E., LLC (hereinafter referred to as "Realtor"); that the Trustee has requested that Realtor facilitate the sale of 22431 Marine Avenue, Eastpointe, Michigan 48021 (hereinafter referred to as "real property"), that Edward T. Harris is authorized to make this Affidavit, that neither he nor any member of Realtor, has or had in the past any connection with the Debtor, Debtor's creditors or any other party in interest, their respective attorneys, accountant, the United States Trustee or any person employed in the office of the United State Trustee; that Realtor is disinterested as defined by 11 U.S.C..§ 101(14), and that he knows of no reason why Realtor should not act as Real Estate Broker for the Trustee.

Karen E. Evangelista in her capacity as Chapter 7 Trustee of this Bankruptcy Estate has requested that I act as his real estate broker in this matter. The commission shall be seven (7%) percent of the sale price of the real property. The sales commission is contingent upon closing and approval of any sale of the real property by the United State Bankruptcy Court.


BY:/s/ Edward T. Harris
ReMax First
25814 Jefferson Ave.
St. Clair Shores, MI 48081

Subscribed and sworn before me this 30th day of April, 2014.

/s/ Carolyn M. Coakley
Notary Public, Wayne County, Michigan
Acting in Macomb County, Michigan
My commission expires: Oct. 3, 2016

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**
Clarence Edward Hayes, and  Bankruptcy Case No. 14-44454
Carole Michelle Hayes  Honorable Phillip J. Shefferly
                Debtors.  Chapter 7
_____/

**STATEMENT OF CONSENT**

The Office of the United States Trustee hereby has reviewed the Application for Authority of Trustee to Employ Real Estate Broker and does not object to the employment of Edward T. Harris of First R.E., LLC for the Chapter 7 Trustee, Karen E. Evangelista.

            **DANIEL M. McDERMOTT**
            **UNITED STATES TRUSTEE**
            Region 9


            /s/ Claretta Evans
            Office of the United States Trustee
            211 W. Fort Street, Suite 700
            Detroit, MI 48226
            (313)226-7999


Dated: April 30, 2014